IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-cv-101-TMH |
| | )            WO |
| TROY KING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #3) to the Recommendation of the Magistrate Judge filed on March 15, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #2) filed on February 25, 2010 is adopted;

3. The complaint is DISMISSED with prejudice prior to service pursuant to the provisions of 28 U.S.C. 1915A(b)(1) as the complaint is not filed within the time prescribed by the applicable period of limitations.

DONE this the 6th day of April, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE